| | |
|---|---|
| 1 | Michael Morrison (CSB # 72022) |
| | Frances K. Greenleaf (CSB #197937) |
| 2 | JANSSEN, MALLOY, NEEDHAM, MORRISON, |
| | REINHOLTSEN, CROWLEY & GRIEGO, LLP |
| 3 | 730 Fifth Street |
| | P.O. Drawer 1288 |
| 4 | Eureka, CA 95501 |
| | Telephone: (707)445-2071 |
| 5 | |
| | Attorneys for Defendants |
| 6 | Robert L. Fenton, individually and as |
| | Trustee of the Robert L. Fenton |
| 7 | Separate Property Trust, and Milton |
| | Fenton, as Trustee of the Fenton Family |
| 8 | Trust and as Trustee of Trust B, a Subtrust |
| | of the Fenton Family Trust, dba Dean |
| 9 | Creek Resort |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE WARD, | | CASE NO. CV 10-0918 NJV |
| | Plaintiffs, | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO |
| v. | | |
| ROBERT L. FENTON, individually and as Trustee of the ROBERT L. FENTON SEPARATE PROPERTY TRUST, and MILTON FENTON, as Trustee of the FENTON FAMILY TRUST and as Trustee of TRUST B, a Subtrust of the Fenton Family Trust, dba DEAN CREEK RESORT and DOES ONE to FIFTY, inclusive, | | |
| | Defendants. / | |

Defendants Robert L. Fenton, individually and as Trustee of the Robert L. Fenton Separate Property Trust, and Milton Fenton, as Trustee of the Fenton Family Trust and as Trustee of Trust B, a Subtrust of the Fenton Family Trust, dba Dean Creek Resort ("Fenton"), hereby request the Court to approve the substitution of JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY & GRIEGO, LLP as their attorney of record in place and stead of

1  PLOTKIN, MARUTANI & KAUFMAN, LLP.

2  Fenton consents to this substitution.

3

4  Dated: Apr 30, 2010.           ROBERT L. FENTON, individually and as
5                                  Trustee of the Robert L. Fenton Separate
                                    Property Trust
6

7  Dated: April 29, 2010.          MILTON FENTON, as Trustee of the Fenton
                                    Family Trust and as Trustee of Trust B, a
8                                   Subtrust of the Fenton Family Trust, dba
                                    Dean Creek Resort
9

10

11  PLOTKIN, MARUTANI & KAUFMAN, LLP, as the counsel substituting out, consents to

12  this substitution.

13  Dated: _____, 2010.          PLOTKIN, MARUTANI & KAUFMAN, LLP

14

15                                        By _____
                                             Jay J. Plotkin, Present Attorney for
16                                           Defendants Fenton

17  JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY &

18  GREIGO, LLP, as the counsel substituting in, consents to this substitution. Attorneys Michael

19  Morrison (CSB #72022) and Frances K. Greenleaf (CSB #197937) of Janssen, Malloy, Needham,

20  Morrison, Reinholtsen, Crowley & Griego, LLP will be the new attorney of records for defendants

21  Fenton.  Mr. Morrison and Ms. Greenleaf's contact information is as follows:

22  spike@janssenlaw.com and fgreenleaf@janssenalw.com, 730 Fifth Street, Eureka, California 95501;

23  telephone: (707) 445-2071; and facisimile (707) 445-8305.

24  Dated: _____, 2010.          JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                          REINHOLTSEN, CROWLEY & GRIEGO, LLP
25

26
                                          By _____
27                                           Michael Morrison
                                             Frances K. Greenleaf
28                                           New Attorneys for Defendants Fenton

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO        2

PLOTKIN, MARUTANI & KAUFMAN, LLP.

Fenton consents to this substitution.

Dated: _____, 2010.

ROBERT L. FENTON, individually and as Trustee of the Robert L. Fenton Separate Property Trust

Dated: _____, 2010.

MILTON FENTON, as Trustee of the Fenton Family Trust and as Trustee of Trust B, a Subtrust of the Fenton Family Trust, dba Dean Creek Resort

PLOTKIN, MARUTANI & KAUFMAN, LLP, as the counsel substituting out, consents to this substitution.

Dated: 4-27, 2010.   PLOTKIN, MARUTANI & KAUFMAN, LLP

By _____
Jay J. Plotkin, Present Attorney for Defendants Fenton

JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY & GREIGO, LLP, as the counsel substituting in, consents to this substitution. Attorneys Michael Morrison (CSB #72022) and Frances K. Greenleaf (CSB #197937) of Janssen, Malloy, Needham, Morrison, Reinholtsen, Crowley & Griego, LLP will be the new attorney of records for defendants Fenton. Mr. Morrison and Ms. Greenleaf's contact information is as follows: spike@janssenlaw.com and fgreenleaf@janssenalw.com, 730 Fifth Street, Eureka, California 95501; telephone: (707) 445-2071; and facisimile (707) 445-8305.

Dated: 4-30, 2010.   JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN, CROWLEY & GRIEGO, LLP

By _____
Michael Morrison
Frances K. Greenleaf
New Attorneys for Defendants Fenton

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO        2

## ORDER

The Court hereby orders that the request for defendants Robert L. Fenton, individually and as Trustee of the Robert L. Fenton Separate Property Trust, and Milton Fenton, as Trustee of the Fenton Family Trust and as Trustee of Trust B, a Subtrust of the Fenton Family Trust, dba Dean Creek Resort to substitute Michael Morrison (CSB #72022) and Frances K. Greenleaf (CSB #197937) of Janssen, Malloy, Needham, Morrison, Reinholtsen, Crowley & Griego, LLP ,730 Fifth Street, Eureka, California 95501; spike@janssenlaw.com and fgreenleaf@janssenlaw.com; telephone: (707) 445-2071; and facisimile (707) 445-8305, as attorney of record in place and stead of Plotkin, Marutani & Kaufman, LLP is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: May 3, _____, 2010.

NANDOR J. VADAS
United States District Court
Magistrate Judge